[No. 12114–0–II.   Division Two.   February 15, 1991.]

MARILYN L. HEAD, *as Trustee*, ET AL, *Respondents*,
v. CONSOLIDATED SUPPLY CO., *Defendant*,
BOWLES NORTHWEST CO., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–05803–5, Gary W. Velie, J., entered June 15, 1988. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by Forrest, J., and Williams, J. Pro Tem.

[No. 24416–7–I.   Division One.   February 19, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN MARK HOLCOMB, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–01039–5, John E. Rutter, J., entered October 2, 1989. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield, J., and Ringold, J. Pro Tem.

[Nos. 25372–7–I; 25691–2–I.   Division One.   February 19, 1991.]

MARTIN SELIG, *Appellant*, v. KEY BANK OF PUGET SOUND, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89–2–09569–6, Robert E. Dixon, J., entered January 5, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, A.C.J., and Forrest, J.